# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Jacob Schlichting, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 22-cv-1602 NEB/DJF |
| Jamf Software, LLC, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The terms of the parties' resolution of the Settling Plaintiffs' claims for unpaid wages and liquidated damages are APPROVED as a fair and reasonable resolution of a bona fide dispute over unpaid wages under the Fair Labor Standards Act;

2. The Settling Plaintiffs' claims asserted in the complaint are DISMISSED WITH PREJUDICE; and

3. The Rule 23 class allegations under Minnesota state law asserted in the complaint are DISMISSED WITHOUT PREJUDICE.

Date: 1/30/2024                                                                                         KATE M. FOGARTY, CLERK